UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HWANHEE KIM,

                                  Plaintiff,

              -against-                                    26-CV-443 (JGLC)

WEST LA, INC., et al.,                                    **ORDER**

                                  Defendants.


JESSICA G. L. CLARKE, United States District Judge:

        Plaintiff selected White Plains as the courthouse assignment for this matter. ECF No. 2.

Plaintiff is directed to consult the Rules for the Division of Business Among District Judges –

Southern District of New York and file a letter, no later than February 4, 2026, explaining the

basis for this selection.


Dated:  January 21, 2026
        White Plains, New York


                                            SO ORDERED.

                                            _____

                                            JESSICA G. L. CLARKE
                                            United States District Judge