HENRY L. KIM*†
JOSHUA S. LIM*†
KENDAL SIM*†
SEAN S. KWAK*†
NARAE YIM*
SALLY ABDULRAOUF*†

* Admitted in NY † Admitted in NJ
‡ Admitted in CA & PA
§ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

KIM, LIM & PARTNERS
ATTORNEYS AT LAW

OF COUNSEL
NICHOLAS J. DUBOIS*†
JOHN CHEN*†
CRAIG A. BORGEN*†‡§

NY Office
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
F: 877.833.2007
Reply to NJ address only

460 Bergen Boulevard, Suite 400, Palisades Park, NJ 07650
T: 201.585.7400 F: 201.585.7422

July 31, 2026

Via CM/ECF
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Attn: Hon. Katherine Polk Failla, U.S.D.J.
40 Foley Square, Courtroom 618
New York, NU 10007

**MEMO ENDORSED**

**RE: HWANHEE KIM v. WEST LA, INC.**
**Case No.: 7:26-CV-443**
**CASE MANAGEMENT PLAN**
**REQUEST TO ADJOURN INITIAL PRETRIAL CONFERENCE**

Dear Judge Failla:

As Your Honor may be aware, this office represents plaintiff Hwanhee Kim ("Plaintiff") in the above-referenced matter. We write jointly with counsel for Defendants to seek an adjournment of the initial pretrial conference ("IPTC") currently scheduled for August 5, 2026.

First, the parties apologize for the delay in submitting the case management plan. The undersigned started trial on July 27th and was unable to view the Notice of Initial Pretrial Conference entered on that date.

Yesterday, July 30th, the parties received an email from Your Honor's law clerk indicating that the parties may seek an adjournment of the IPTC, so long as the parties are in agreement with the proposed case management plan. The parties are so in agreement and, as such, request the adjournment.

Plaintiff notes, however, that it intends to move for preliminary certification of the Fair Labor Standards Act collective action, which may require the schedule to be amended to accommodate that motion and the following collective class discovery.

We thank you, Your Honor, for your time and attention to this matter.

Respectfully submitted,

*/s/ Sean S. Kwak*

Sean S. Kwak

The Court has received the parties' above-request for an adjournment of the initial pretrial conference ("IPTC") as well as their proposed Case Management Plan ("CMP") (Dkt. #27).

In light of the parties' representations, the IPTC currently scheduled for August 5, 2026, is hereby ADJOURNED to **August 26, 2026**, at **11:00 a.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Court will not enter the parties' proposed CMP at this time in case they wish to update the schedule during the adjournment period. The parties are directed to indicate to the Court in their joint letter due the Thursday prior to the August 26, 2026 IPTC whether they intend to update their proposed CMP.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Dated: July 31, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE