UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HWANHEE KIM, *on behalf of herself and similarly situated others, the FLSA Collective Plaintiffs*,

Plaintiff,

-v.-

WEST LA INC. d/b/a Karaoke Boho, OK SOON LEE, and JIN SAP AN,

Defendants.

26 Civ. 443 (KPF)

**RULE 68 JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants West LA Inc., Ok Soon Lee, and Jin Sap An, having offered to allow Plaintiff Hwanhee Kim to take a judgment against them, in the sum of Two Hundred Twenty Thousand Dollars and No Cents ($220,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 18, 2026 and filed as Exhibit A to Docket Number 32;

WHEREAS, on August 19, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 32);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff Hwanhee Kim in the sum of $220,000.00, in accordance

with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 18, 2026 and filed as Exhibit A to Docket Number 32.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge